UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN McGUFFEY,

    Plaintiff,

                                          Case No. 1:11-cv-767

v.

                                          HON. JANET T. NEFF

ANN EESLEY, et al.,

    Defendants.

_____/

## ORDER REGARDING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Ann Eesley filed a Motion for Summary Disposition (Dkt 22). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 10, 2012, recommending that this Court deny Defendant Eesley's motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 35) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Eesley's Motion for Summary Disposition (Dkt 22) is DENIED.

Date: November 5, 2012                                /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge